**Order entered July 18, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00319-CV

**NORTHERN FRAC PROPPANTS, II, LLC, LAMSTEX MATERIAL HANDLING, LLC, JEFFRIES ALSTON, J & P CAPITAL LLC, PATRICK A. TESSON, AND BADGER MINING CORPORATION, Appellants**

**V.**

**2011 NF HOLDINGS, LLC F/K/A NF HOLDINGS, LLC AND NORTHERN FRAC PROPPANTS, LLC, SERIES 1, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01754**

## ORDER

We **GRANT** the July 15, 2016 joint agreed motion for extension of time to file

appellants' reply brief and **ORDER** the reply briefs filed no later than August 10, 2016.


/s/     CRAIG STODDART
          JUSTICE